# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
2012 JUL 13 PM 3:58
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Carillo-Gallegos | ) | Case No. |
| Jorge Joaquin Garcia | ) | |
| Mary Louise Siller | ) | A-12-M-488 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12th, 2012__ in the county of __Travis__ in the __Western__ District of ~~Travis~~ Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 922 (o)(1) | (o)(1) ~~Except as provided in paragraph (2)~~, it shall be unlawful for any person to transfer or possess a machinegun. |
| Title 18 U.S.C. 371 | Conspiracy to commit offense or to defraud United States |

This criminal complaint is based on these facts:
See attached sheet

☒ Continued on the attached sheet.

_____
Complainant's signature

Detective Duane Williams #2968
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/13/2012

_____
Judge's signature
**Mark Lane**
United States Magistrate Judge
Printed name and title

City and state: Austin, Texas

On July 12th, 2012, I, Detective Duane Williams, along with other members of the Austin Police Department's Organized Crime Division's, took part in a gun buy reversal. Detective Jesse Prado was communicating with a credible and reliable confidential informant who had received information about subjects that were looking to purchase fully automatic assault weapons. The confidential informant was told that the buyers of the weapons were members of the "Los Zetas" Mexican Drug Cartel. The informant was further told that the "Los Zetas" needed these weapons in order to support their operations in Piedras Negras, Mexico. During police surveillance this confidential informant met with Juan Carillo-Gallegos, born May 6th, 1983, that was acting as a "broker" or middle man for the persons that wanted to purchase the weapons. During this meeting, an agreement was made for the confidential informant to provide 5 fully automatic AK-47's assault rifles for a price of $1,500 each or $7,500 total. Carillo-Gallegos then agreed to meet with our confidential informant with his buyer in order to conduct the sale of these illegal machine guns.

Agent Sean Kang of the ATF did provide the Austin Police Department with 5 fully automatic AK-47s that are certified as machine guns.

Another meeting was set up at a local store on East Stassney Lane. Carillo-Gallegos arrived at the meeting in a White Dodge Nitro and met with our confidential informant. Another Hispanic male subject with a female and two children arrived at the meeting in a green Honda Accord and were introduced as the buyers of the guns. The male from the green Honda exited his vehicle and joined the meeting with Carillo-Gallegos and our confidential informant. During this meeting, the buyer showed our confidential informant a stack of money and told him that it was $7,500 for the purchase of the money. Another meeting was then set up to conduct the controlled buy/sale of the weapons.

A short time later, the confidential informant arrived near the gun sale location in Austin Travis county Texas. Carillo-Gallegos showed up at this location in his Dodge Nitro along with the green Honda Accord. The buyers were identified as Jorge Joaquin Garcia, Mary Louise Siller and her daughters ages 13 and 9. The buyer and his wife were insistent on bringing their two children with them during the deal. The informant began to argue with them stating that he would not do the deal with the children. After numerous discussions in which the buyer and his wife stated that they wanted to bring their children, it was finally agreed to leave them at this initial location with their mother.

Carillo-Gallegos then took the informant to the location where the illegal machine guns were loaded in a pre-positioned vehicle. The informant showed the illegal machine guns to Carillo-Gallegos. After that, the informant stayed with the illegal machine guns and Carillo-Gallegos went back to meet with Jorge Garcia and Mary Siller. Carillo-Gallegos and Jorge Garcia then came back to the meeting location where the weapons were located. They both met with the informant at the back of the pre-positioned vehicle loaded with the illegal machine guns. Jorge Garcia then gave the informant the $7,500 cash and took possession of the machine guns. Jorge Garcia and Carillo-Gallegos were then taken into custody along with Siller at the same time.

After their arrest, Carillo-Gallegos, Jorge Garcia and Mary Siller gave full confessions. These confessions were made post Miranda and included details that all three were conducting this illegal activity for the Los Zeta Cartel. Further, Mary Siller and Jorge Garcia gave information about 5 more assault rifles that were at their address in San Antonio. These weapons were seized by ATF.